**Order entered May 24, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00571-CV

### IN RE MIKE HARTLEY AND JANIE HARTLEY, Relators

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02863**

## ORDER
Before Justices Brown, Schenck, and Reichek

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relators' petition for writ of mandamus. We **ORDER** the trial court to, within thirty (30) days of the date of this order, issue a written ruling vacating its May 6, 2019 order denying relators' TCPA motion to dismiss and reinstating its February 22, 2019 order granting relators' TCPA motion to dismiss. We further **ORDER** the trial court to file with this Court, within the time for compliance with the Court's opinion and order of this date, a certified copy of its order or orders evidencing such compliance. Should the trial court fail to comply with this order, the writ will issue.

/s/    ADA BROWN
        JUSTICE